UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT KRING,

    Plaintiff,                                          Case No. 23-cv-10858
                                                     Hon. Matthew F. Leitman

v.

KELLY SERVICES GLOBAL, LLC,

    Defendant.
_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their respective attorneys, stipulate and agree to the dismissal of Plaintiff's claims in their entirety with prejudice and without an award of costs or attorneys' fees to any party. The Court having been otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's claims are dismissed in their entirety with prejudice and without an award of costs or attorneys' fees to any party.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: October 1, 2024

Stipulated and agreed to:

By: /s/ *Alyssa J. White*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Alyssa J. White**
Texas Bar No. 24073014
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
awhite@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**Jennifer L. McManus (P65976)**
Local Counsel for Plaintiff
**FAGAN MCMANUS, PC**
25892 Woodward Avenue
Royal Oak, Michigan 58067-0910
jmcmanus@faganlawpc.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

Dated: October 1, 2024

By: /s/*Gerald L. Maatman, Jr.*
**Joseph A. Ciucci** (#P48624)
E-mail: Ciucci@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309-3929
Telephone: +1 404 253 6988
Fax: +1 404 393 0744

**Gerald L. Maatman, Jr.** (06181016)
E-mail: gmaatman@duanemorris.com
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701

**ATTORNEYS IN CHARGE FOR DEFENDANT**